UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BILLY F. RICHARD, an Individual, and 10813 CRENSHAW LLC, a Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING LLC., a Limited Liability Company, U.S. BANK NATIONAL ASSOCIATION, as Trustee of the Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, 2007-1, and Does 1-50;<br><br>Defendants. | Case No.: 2:15-cv-07278-JAK-JEM<br><br>Hon. District Judge John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**JS-6**<br><br>Action Filed: August 14, 2015<br>Trial Date: NA |

The Court having considered the *Stipulation to Dismiss First Amended Complaint Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiffs* Billy F. Richard and 10813 Crenshaw LLC, and *defendants* Ocwen Loan Servicing, LLC and U.S. Bank National Association, as Trustee of the Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates Series 2007-1, and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed as to all parties *with prejudice*.

1  **IT IS FURTHER ORDERED** that all future hearing dates in this action are
2  hereby vacated.
3  **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the
4  purpose of enforcing the terms of the separate settlement agreement entered into
5  between the Parties.
6  **IT IS SO ORDERED**.

8  Dated: July 13, 2016  _____
9  HON. JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE